UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HAWKINS, PFN # AQE810,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS POLLARD, Warden; B.D. PHILLIPS, Associate Warden; D. LEWIS, Associate Warden; GARCIA, Facility Captain,<br><br>Defendants, | Case No.: 21-cv-01328-JO-JLB<br><br>**ORDER RE: PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>**[ECF No. 19]** |

On March 25, 2022, Plaintiff filed a Request for Judicial Notice. (ECF No. 19.) Plaintiff states that he received Defendants' Motion to Dismiss on March 9, 2022, and requests that the Court "proceed with necessary measures th[at] occur when things are not done in a timely manner." (*Id.* at 1.) Defendants' Motion to Dismiss was due on February 28, 2022. (ECF No. 15.) The Court hereby **GRANTS** Plaintiff's request and takes judicial notice of the March 1, 2022 filing date of Defendants' Motion to Dismiss.

1

1  (ECF No. 17.)  In addition, the Court hereby accepts the late filing of Defendants' Motion
2  to Dismiss.
3       Plaintiff's opposition to Defendants' Motion to Dismiss was due March 22, 2022.
4  (ECF No. 18.)  Plaintiff filed his opposition on March 25, 2022.  (ECF No. 20.)  To the
5  extent Plaintiff is also requesting the Court to accept his late-filed opposition, that motion
6  is also **GRANTED**.  Accordingly, the Court also hereby accepts the late filing of Plaintiff's
7  opposition to Defendants' Motion to Dismiss.
8       **IT IS SO ORDERED.**
9  Dated:  March 29, 2022

Hon. Jill L. Burkhardt
United States Magistrate Judge