UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HAWKINS,<br><br>  Plaintiff,<br><br>v.<br><br>MARCUS POLLARD, Warden; B.D. PHILLIPS, Associate Warden; D. LEWIS, Associate Warden; GARCIA, Facility Captain,<br><br>  Defendants. | Case No.: 21cv1328-JO-JLB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT** |

On July 23, 2021, Plaintiff Jeff Hawkins, proceeding *pro se* and *in forma pauperis*, filed a complaint under 42 U.S.C. § 1983 against Defendants Warden Marcus Pollard, Associate Wardens B.D. Phillips and D. Lewis, and Facility Captain Garcia (collectively, "Defendants"). In his complaint, Plaintiff alleged that Defendants violated his Eighth Amendment rights by failing to protect him from contracting COVID-19 while he was incarcerated at Richard J. Donovan Correctional Facility. Dkt. 1 ("Complaint"). Defendants filed a motion to dismiss the Complaint for failure to state a claim. Dkt. 17. On September 7, 2022, Magistrate Judge Burkhardt issued a Report and Recommendation

("Report") recommending that the Complaint against Defendants be dismissed with leave to amend. Neither party filed objections to this Report.

While the district court has the authority to "accept, reject, or modify" the recommendations made by the magistrate judge, it only does so when parties object to them. 28 U.S.C. § 636(b)(1). "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (emphasis in original). "Neither the Constitution nor the statute requires a district judge to review, *de novo*, findings and recommendations that the parties themselves accept as correct." *Id.*

Neither party has filed objections to the Report. Accordingly, the Court ADOPTS Magistrate Judge Burkhardt's Report [Dkt. 24] in its entirety. The Complaint against Defendants is DISMISSED with leave to file an amended complaint on or before **December 14, 2022.**

**IT IS SO ORDERED.**

Dated: 11/1/22

Honorable Jinsook Ohta
United States District Judge